## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER SCOTT CRAYTON, | Case No. 25-CV-1102 (NEB/DLM) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| B. EISCHEN and FPC DULUTH, | |
| Respondents. | |

The Court has received the June 12, 2025 Report and Recommendation of United States Magistrate Judge Douglas L. Micko. (ECF No. 7.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 7) is ACCEPTED;

2. Petitioner Christopher Scott Crayton's Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED WITHOUT PREJUDICE for failure to exhaust administrative remedies; and

3. The action is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 21, 2025               BY THE COURT:

                                     s/Nancy E. Brasel
                                     Nancy E. Brasel
                                     United States District Judge